```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
---------------------------------------------------------------X ELECTRONICALLY FILED
                                                               : DOC #:
MARCOS CALCANO, on behalf of himself and all other             : DATE FILED: 2/4/2020
persons similarly situated,                                    :
                                                               :
                               Plaintiff,                      :      19-cv-09721 (LJL)
                                                               :
               -v-                                             :           ORDER
                                                               :
J.A.V. FOOD CORP.,                                             :
                                                               :
                               Defendant.                      :
                                                               X
---------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the Initial Pretrial Conference previously scheduled for February 11, 2020 at 3:00 p.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that, by February 7, 2020 at 5:00 p.m., the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

    Counsel for Plaintiff is ordered to notify Defendant of this Notice.

    SO ORDERED.

Dated: February 4, 2020  
       New York, New York                                      LEWIS J. LIMAN  
                                                        United States District Judge