# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

25 Melville Park Road
Suite 108
Melville, New York 11747
T 516-695-0052
DS@lawsolo.net

**VIA ECF**

February 6, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/7/2020__
```

Hon. Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

*Application to adjourn the Initial Pretrial Conference is GRANTED. The Initial Pretrial Conference originally scheduled for February 11, 2020 is ADJOURNED to March 20, 2020 at 10:30 a.m. Plaintiff's counsel shall inform Defendant of this Order.*

Re: **Calcano v J.A.V Food Corp.**
**Case No.: 1:19-cv-09721-LL**

Date: 2/7/2020

*/s/ LEWIS J. LIMAN*
*United States District Judge*

Dear Judge Liman:

     This firm is counsel to Plaintiff Marcos Calcano in the above-referenced matter. Plaintiff respectfully requests an adjournment of the Initial Conference. Defendant has failed to answer this action. Plaintiff is in the process of preparing and serving a formal default letter. A copy of the docket and a notice of default has been mailed to defendant. Per your honor's Individual Rules, (i) this matter is scheduled for an Initial Conference on February 11, 2020 (Dk#7). (ii and iii) No previous request for an adjournment have been made. (iv) Plaintiff requests an adjournment as opposed to seeking a certificate of default in an effort to have this matter tried on the merits and (v) Defendant has yet to respond to this matter. Based on the above, plaintiff respectfully requests your honor grant a request for an adjournment of the Initial Conference, to a date in March or April.

     Thank you for your kind consideration of this request.

                                      Respectfully submitted,
                                      /s/
                                      Darryn G. Solotoff, Esq

DS