USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MARCOS CALCANO, *on behalf of himself and all other* :
*persons similarly situated*, :
:
Plaintiff, : 19-cv-09721 (LJL)
:
-v- : ORDER
:
J.A.V. FOOD CORP., :
:
Defendant. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendant failed to appear for the Initial Pretrial Conference held telephonically today. Plaintiff's counsel was present, however, and represented to the Court that Defendant had been served timely pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff requested to move for a default judgment.

    IT IS HEREBY ORDERED that Plaintiff move for default judgment in compliance with the Court's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-lewis-j-liman, no later than April 20, 2020.

    IT IS FURTHER ORDERED that a telephonic status conference will be held on April 27, 2020 at 10:30 a.m. The motion for default judgment will be taken up at that time if Defendant has still not appeared. Parties are directed to call (888) 251-2909 and use Access Code 2123101.

    Plaintiff shall notify Defendant of this order.

    SO ORDERED.

Dated: March 20, 2020                               _____
       New York, New York                            LEWIS J. LIMAN
                                                      United States District Judge