```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARCOS CALCANO, *on behalf of himself and all other* :
*persons similarly situated*, :
: 
  Plaintiff,    :    19-cv-09721 (LJL)
:
  -v-           :    ORDER
:
J.A.V. FOOD CORP., :
:
  Defendant.    :
                                                                   X
--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

On March 20, 2020, the Court granted Plaintiff's request to move for default judgment and ordered that the deadline for Plaintiff to do so, in compliance with the Court's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-lewisj-liman, was April 20, 2020. (Dkt. No. 10.) The Court scheduled a telephonic status conference for April 27, 2020 at 10:30 a.m. and specified that the motion for default judgment would be taken up at that time if Defendant had still not appeared. (*Id.*) The Court also ordered Plaintiff to notify Defendant of that order. (*Id.*)

In contravention of that order, Plaintiff has not yet filed a motion for default judgment.

IT IS HEREBY ORDERED that Plaintiff shall file any motion for default judgment by April 27, 2020 at 5:00 p.m. or show cause why this action should not be dismissed for failure to prosecute.

IT IS FURTHER ORDERED that the conference previously set for April 27, 2020 is CANCELLED. A status conference, which shall serve as a hearing on the motion for default judgment if one is filed and Defendant has not yet appeared, is SET for May 4, 2020 at 10:30 a.m. Parties are directed to call (888) 251-2909 and use access code 2123101.

Plaintiff is directed to notify Defendant of this order.

SO ORDERED.

Dated: April 22, 2020                    _____
       New York, New York                         LEWIS J. LIMAN
                                              United States District Judge